

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN ALFREDO ROVELO-GALLEGOS,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Warden Otay Mesa Detention Center, et al.,<br><br>Respondents. | Case No.:  26-CV-596 JLS (MSB)<br><br>**ORDER DENYING REQUEST FOR ATTORNEY'S FEES WITHOUT PREJUDICE AND DISMISSING CASE**<br><br>(ECF No. 9) |

On February 11, 2026, the Court granted Petitioner's Writ of Habeas Corpus ordering his release.  *See* ECF No. 6 ("Order").  Petitioner's counsel requested attorney fees under the Equal Access to Justice Act, for which the Court set a briefing schedule.  Order at 8.  The Parties requested an extension until April 27, 2026, to file the application for attorney's fees to "work towards an extrajudicial resolution."  ECF No. 8 at 1.  The Court granted the request.  ECF No. 9 at 2.  Petitioner's counsel has yet to file an attorney fee application.  *See generally* Docket.

/ / /

/ / /

/ / /

/ / /

1

Therefore, counsel's request for attorney's fees is **DENIED WITHOUT PREJUDICE**. As this concludes the litigation in the matter, the Clerk **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: April 29, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-596 JLS (MSB)